IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01766-TPO

JOSUE EDUARDO ARGUETA-SANCHEZ,

Petitioner,

v.

Warden of the Denver Contract Detention Facility,

Acting U.S. Attorney General,

Chief Counsel ICE-DHS,

in their official capacities,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 15, 2026.**

This matter comes before this Court upon its own motion.

This Court ordered Petitioner to serve the Respondents with the Petition and the Order to Show Cause by May 5, 2026. ECF 5. Petitioner has not filed proof to show that service was made by that deadline. Nor have the Respondents appeared.

**Petitioner shall serve Respondents with the Petition, Order to Show Cause, and this Minute Order by May 19, 2026**.

Within 48 hours of serving Respondents, Petitioner shall file proof of service on the docket, and counsel for Respondents shall promptly enter notices of appearance.

The deadline for Respondents to show cause why the Petition [ECF 1] should not be granted is extended to **May 26, 2026**.

The deadline for the Parties to complete and file the Magistrate Judge Consent Form [ECF 3] is extended to **May 26, 2026**.

The deadline for Petitioner to reply is extended to **June 2, 2026**.