IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01766-TPO

JOSUE EDUARDO ARGUETA-SANCHEZ,

Petitioner,

v.

Warden of the Denver Contract Detention Facility,

Acting U.S. Attorney General,

Chief Counsel ICE-DHS,

in their official capacities,

Respondents.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 12, 2026.**

This matter comes before the Court upon Petitioner's Notice of Voluntary Dismissal [ECF 8] in which he informs the Court of his voluntary dismissal of this civil action without prejudice against all named defendants.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff's voluntary dismissal is self-effectuating. Accordingly, this matter was dismissed without prejudice as of the filing of the Notice.

The Clerk of Court shall **close** this case and terminate ECF 8 as a pending motion.